PETTIGREW v. BURLINGTON INDUSTRIES

No. 249P95

Case below: 118 N.C.App. 735

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

SIMMONS v. PARKINSON

No. 315P95

Case below: 119 N.C.App. 424

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

STACY v. JEDCO CONSTRUCTION, INC.

No. 267P95

Case below: 119 N.C.App. 115

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

STATE v. COUNCIL

No. 301P95

Case below: 119 N.C.App. 442

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

STATE v. DEHART

No. 305P95

Case below: 119 N.C.App. 441

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.